# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| YACOUBOU A. KADIRI, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:17-cv-00314-LSC-SGC |
| SCOTT HASSELL, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondent's Motion to Dismiss as Moot, filed on June 16, 2017. (Doc. 11). In the motion, Respondent notes Petitioner was removed from the United States on May 25, 2017. (*Id.* at 1; *see also* Doc. 11-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondent's motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** AND **ORDERED** ON JUNE 29, 2017.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704